**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN THOMAS, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00670-RFB-NJK |
| vs. | ) ORDER |
| CENTRAL CREDIT SERVICES, LLC, | ) (Docket No. 7) |
| Defendant(s). | ) |

Pending before the Court is Defendant's motion to extend the deadline to respond to the complaint. Docket No. 7. Plaintiff filed a response in partial opposition. Docket No. 9. For good cause shown, the motion is hereby **GRANTED**. The deadline to respond to file an answer or otherwise respond to the complaint is extended to August 23, 2016. **NO FURTHER EXTENSIONS WILL BE GRANTED**.

IT IS SO ORDERED.

DATED: August 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge